AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

| ____ FILED | ____ RECEIVED |
|---|---|
| ____ ENTERED | ____ SERVED ON |
| | COUNSEL/PARTIES OF RECORD |

APR  7 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:23-cr-00009-ART-CLB |
| LAKEIKO CHRISTOPHER COOGLER | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Stree, Reno, NV  89501<br>Before:Honorable Carla Baldwin, U.S. Magistrate Judge | Courtroom No.:  1 ~ 4th Floor |
|---|---|
| | Date and Time:  4/11/23 3:00 pm |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: _____04/07/2023_____

_____
*Judge's signature*

CARLA BALDWIN, U.S. MAGISTRATE JUDGE
*Printed name and title*