# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LAKEIKO CHRISTOPHER COOGLER,<br><br>        Defendant. | Case No. 3:23-cr-00009-ART-CLB-2<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND MOTION DEALINES**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender ALLIE WILSON, counsel for LAKEIKO CHRISTOPHER COOGLER, that deadline to file any and all pretrial motions and notices of defense be extended from March 1, 2024 to **March 8, 2024.**

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **March 22, 2024**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, that the parties shall have to and including **March 29, 2024**, to file any and all replies to dispositive motions.

This is the fourth stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of May 7, 2024 at 9:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 28th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ ALLIE WILSON<br>By:_____<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for LAKEIKO COOGLER | /s/ MEGAN RACHOW<br>By:_____<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this 29th day of February, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2