```
              X   FILED           RECEIVED
                  ENTERED         SERVED ON
                          COUNSEL/PARTIES OF RECORD

              MAR 20, 2024

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
         BY:_____DEPUTY
```

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MEGAN RACHOW
Nevada Bar No. 8231
ANDREW KEENAN
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Lakeiko Christopher Coogler,<br><br>　　　　　　Defendant. | Case No. 3:23-CR-000009-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSES TO MOTION TO SUPPRESS [ECF #60] AND MOTION TO DISMISS [ECF #61]**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Jason M. Frierson, United States Attorney for the District of Nevada, Megan Rachow and Andrew Keenan, Assistant United States Attorneys, counsel for the United States of America, and Allie Wilson, Assistant Federal Public Defender, counsel for Defendant Lakeiko Christopher Coogler, to extend the time in which the Government's Responses to the Defendant's Motion to Suppress [ECF #60] and Motion to Dismiss [ECF #61] are due from March 22, 2024, to March 29, 2024. Defendant's Replies to the Government's

Responses would be then due on April 5, 2024. This is the first request for an extension.[1] Trial is currently set for May 7, 2024. Government counsel is respectfully requesting an additional week to file its response due to government counsel's other obligations. As such, the parties are stipulating to a short extension of the date for Government's responses. Additionally, the parties are stipulating that Defendant will have until April 5, 2024, to file his replies. The additional time requested for the filing the responses is requested mindful of the current trial date of May 7, 2024, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED: March 19, 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ Andrew Keenan<br>ANDREW KEENAN<br>Assistant United States Attorney | /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for Lakeiko Christopher Coogler |

IT IS SO ORDERED.

DATED: This 20th day of March, 2024.

HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] The parties previously agreed to extend the date for which Defendant's pre-trial motions would be due by one week. See ECF 54.

2