1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  UNITED STATES OF AMERICA,              Case No. 3:23-cr-00009-ART-CLB

12              Plaintiff,                 **ORDER GRANTING**

13        v.                               **STIPULATION TO CONTINUE**
                                           **SENTENCING HEARING**
14  LAKEIKO COOGLER,                       **(FIRST REQUEST)**

15              Defendant.

16

17        IT IS HEREBY STIPULATED AND AGREED by and through RENE L.

18  VALLADARES, Federal Public Defender and ALLIE WILSON, Assistant Federal Public

19  Defender, counsel for LAKEIKO COOGLER and SUE FAHAMI, Acting United States

20
    Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED
21
    STATES OF AMERICA, that the Sentencing hearing set for May 28, 2025, at 11:00 AM, be
22
23  vacated and continued to June 16, 2025, at 1:00 PM.

24  / / /

25  / / /

26

The continuance is necessary for the following reasons:

1.    The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2.    Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3.    Mr. Coogler is detained and consents to the continuance. Specifically, Mr. Coogler was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4.    This is the first request for continuance of the sentencing hearing.

DATED this 13th day of March, 2025.

RENE L. VALLADARES                    SUE FAHAMI
Federal Public Defender               Acting United States Attorney


By /s/ Allie Wilson                   By  /s Megan Rachow
   ALLIE WILSON                          MEGAN RACHOW
   Assistant Federal Public Defender     Assistant United States Attorney
   Counsel for LAKEIKO COOGLER           Counsel for the Government

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for May 28, 2025, at 11:00 AM be vacated and continued to June 16, 2025, at 1:00 PM.

DATED this 14th day of March, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE