PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
3:23-cr-00009-ART-CLB

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-0291 DJC

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE**

Lakeiko Christopher Coogler
Sacramento, California 95838

**FILED**
Dec 27, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**DISTRICT**: Nevada

**DIVISION**: U.S. Probation Office

**NAME OF SENTENCING JUDGE**: Anne R. Traum

**DATES OF PROBATION/SUPERVISED RELEASE**
FROM: 7/25/2025
TO: 7/24/2028

**OFFENSE**
Interference with Commerce by Robbery

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
familiar ties, prosocial support systems, employment and housing in the Eastern District of California.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California. upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/19/2025
*Date*

*Anne R. Traum, United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/27/2025
*Effective Date*

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1